IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LABORATORY CORPORATION OF AMERICA,
INC.,

    Plaintiff,

v.                                           No. 2:19-cv-00495-SMV-KRS

SCOTT McMAHON, individually, and WHOLE
WORLD HEALTH CARE, P.C.,

    Defendants.

## **ORDER TO VACATE AND RESET INITIAL SCHEDULING CONFERENCE**

This matter comes before the Court on Plaintiff Laboratory Corporation of America, Inc.'s Unopposed Motions to Vacate and Reset Initial Scheduling Conference (Dkt. Nos. 11 & 12). The Court, being advised of the premises and noting that the relief sought is unopposed, finds that the motion is well taken and should be GRANTED. Now, therefore, the Court ORDERS that the telephonic Rule 16(c) conference previously set for September 4, 2019, in this matter is vacated and reset for **September 12, 2019 at 10:00 a.m.** The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    IT IS SO ORDERED.

                                            _____
                                            Magistrate Judge