# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LABORATORY CORPORATION OF AMERICA, INC.,

    Plaintiff,

vs.                                No. 2:19-cv-00495 SMV-KRS

SCOTT MCMAHON, M.D., individually, and
WHOLE WORLD HEALTH CARE, P.C.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR DEFENDANTS' MOTION TO COMPEL

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Extend Deadline for Defendants' Motion to Compel filed November 22, 2019 (Doc. No. 33) ("Motion"). The Court reviewed the Motion and finds there is good cause to grant it.

**IT IS ORDERED** that:

Defendants may file a motion to compel related to Plaintiff's Response to Defendant' First Interrogatories, First Requests for Production and First Requests for Admissions to Plaintiff on or before December 10, 2019.

                                                 _____
                                                 HON. KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/  Brian P. Brack
Brian P. Brack
Attorneys for Defendants


Approved by:

/s/ Kaleb W. Brooks
Kaleb W. Brooks
Attorney for Plaintiffs