## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LABORATORY CORPORATION OF AMERICA, INC.,

    Plaintiff,

vs.                                                                  No. 2:19-cv-00495 SMV-KRS

SCOTT MCMAHON, M.D., individually, and
WHOLE WORLD HEALTH CARE, P.C.,

    Defendants.


## STIPULATED ORDER MODIFYING DATE FOR SETTLEMENT CONFERENCE AND RELATED DEADLINES

**THIS MATTER** comes before the Court on the parties' stipulation to modify the date of

the settlement conference and related deadlines as set forth in the Order Setting Settlement

Conference, filed September 20, 2019.  (Doc. No. 29).

    **IT IS ORDERED** that:

    The date for the settlement conference is changed to:    **February 5, 2020**.

    Plaintiff's letter due to Defendants is changed to:    **January 15, 2020**.

    Defendants' letter due to Plaintiff is changed to:    **January 20, 2020**.

    Confidential position papers (and any audio/video
    recordings) due to Court is changed to:    **January 27, 2020**.

    All other provisions of the Order Setting Settlement Conference not modified herein

remain in force and effect.


                          KEVIN R. SWEAZEA
                          UNITED STATES MAGISTRATE JUDGE

Submitted by:


/s/  *Brian P. Brack*
Brian P. Brack
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
bbrack@dsc-law.com

*Attorneys for Defendants*



Approved by:

MONTGOMERY & ANDREWS, P.A.


*Approved via email 1/9/2020*
Kaleb W. Brooks
Suzanne C. Odom
Post Office Box 2307
Santa Fe, New Mexico 87504-2307
(505) 982-3873
kwbrooks@montand.com
sco@montand.com

*Attorneys for Plaintiff*