IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LABORATORY CORPORATION OF AMERICA, INC.,

    Plaintiff,

v.                                        No. 2:19-cv-00495-SMV-KRS

SCOTT McMAHON, individually, and
WHOLE WORLD HEALTH CARE, P.C.,

    Defendants.

## **ORDER OF LEAVE TO ATTEND SETTLEMENT CONFERENCE BY ASSOCIATE COUNSEL**

This matter comes before the Court on Plaintiff's Unopposed Motion to Attend Settlement Conference by Associate Counsel. The Court, noting that the matter is unopposed and being duly advised of the premises, FINDS that the motion is well taken and should be GRANTED. Now, therefore, the Court grants leave to Plaintiff to appear at the settlement conference scheduled for February 5, 2020, through Mr. Brooks, who has entered an appearance on Plaintiff's behalf in this matter.

    IT IS SO ORDERED.

                                                     Hon. Kevin R. Sweazea
                                                     United States Magistrate Judge

Respectfully submitted,

MONTGOMERY & ANDREWS, P.A.

By:    */s/ Kaleb W. Brooks*
       Suzanne C. Odom
       Kaleb W. Brooks
325 Paseo de Peralta
Santa Fe, NM 87501
505-982-3873
sco@montand.com
kwbrooks@montand.com

*Counsel for Plaintiff*

Approved:

*Via electronic mail 1-22-20*
Brian P. Brack, Esq.
DIXON SCHOLL & CARRILLO, P.C.
6700 Jefferson Street NE, Bldg B, Suite 1
Albuquerque, NM 87109
505-244-3890
Bbrack@dsc-law.com

*Counsel for Defendants Dr. McMahon
and Whole World Health Care, P.C.*