IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LABORATORY CORPORATION OF AMERICA, INC.,

    Plaintiff,

vs.                                No. 2:19-cv-00495 SMV-KRS

SCOTT MCMAHON, M.D., individually, and
WHOLE WORLD HEALTH CARE, P.C.,

    Defendants.

## **STIPULATED MONEY JUDGMENT**

**THIS MATTER** comes before the Court on the Parties Joint Motion for entry of a Stipulated Money Judgment filed April 16, 2021 (Doc. No. 79) ("Motion").  The Court reviewed the Motion and finds there is good cause to enter this Stipulated Money Judgment.

**IT IS ORDERED** that:

Plaintiff is hereby granted money judgment against Defendants, jointly and severally, in the amount of fifty-five thousand dollars and no cents ($55,000.00).   The Court further orders this judgment is a final order and may only be executed upon in the event of Defendants' default on any of the payment terms required in the parties' confidential mutual settlement agreement, release and covenant not to enforce judgment.

_____
HON. STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved by:

*Kaleb W. Brooks approved on 04/15/21*
Kaleb W. Brooks
Attorney for Plaintiffs

*Dennis W. Hill approved on 04/15/21*
Steve Scholl
Dennis Hill
Attorneys for Defendants